**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Angela C. Pattison, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
609-924-0808
Email: apattison@hillwallack.com
*Attorney for Plaintiff*

Order Filed on June 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Louis Simpson,<br><br>     Debtor. | Bankruptcy Case No.: 20-21876-RG<br><br>Chapter 7 |
| Matthew Marden,<br><br>     Plaintiff/Creditor,<br>vs.<br><br>Louis Simpson,<br><br>     Debtor/Defendant. | Judge: Rosemary Gambardella, U.S.B.J.<br><br>Adversary Proceeding No. 21-01017 (RG)<br><br>**Motion for Contempt for Failure to Participate in Discovery and/or for an Order Striking Defendant's Answer** |

**INTERIM ORDER REGARDING PLAINTIFF'S MOTION FOR CONTEMPT
AND PROVIDING FOR OTHER RELIEF**

The relief set forth on the following pages, numbered two (2) , is hereby **ORDERED**.

DATED: June 22, 2023

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Adversary Proceeding No.:  21-01017(RG)
Bankruptcy Case No. 20-21876-RG
Interim Order on Motion for Contempt for and Providing for Other Relief
Page 2 of 2

Upon the application of Plaintiff, Matthew Marden, to this Court in the form of a Motion for Contempt for Failure to Participate in Discovery and/or for an Order Striking Defendant's Answer, and with the appearance of Defendant, Louis Simpson, and Angela C. Pattison, Esquire, before the Court on June 13, 2023, and for good cause shown,

It is **HEREBY ORDERED** as follows:

(1) Defendant, Louis Simpson, shall file a response to Plaintiff's Motion for Contempt no later than July 13, 2023;

(3) Plaintiff shall file a reply, if any, no later than July 27, 2023;

(4) The Court will conduct a further hearing on this matter on August 10, 2023 at 11:00 am to be heard by Court Solutions; and,

(5) In anticipation of the fact that Defendant, Louis Simpson's, mailing address will change within the period of time discussed in this Order, Plaintiff is hereby given leave to serve Defendant at the email address provided on the record in Court on June 13, 2023.