

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

October 9, 2023

Honorable Judge Rosemary Gambardella
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**RE:    Adversary Proceeding # 21-01017
Lead Case: 20-21876
Hearing: October 10, 2023 @ 11:00 a.m.
_Matthew Marden v. Louis Simpson_**

Your Honor:

Please accept this letter in lieu of a more formal response to Debtor's unserved motion to stay proceedings.  I was alerted to this filing by Court staff when preparing for tomorrow's contested hearing.  From the outset, the motion should be denied for procedural deficiencies for lack of proper service in violation of the Plaintiff's rights to due process.  In addition, Debtor's motion has substantively confused the status of the state court matter.  A copy of said docket is attached for the Court's information as Exhibit "A".  That matter appears stayed due to the pendency of the Debtor's bankruptcy.  No pending activity is shown, nor hearings scheduled.

The legal standard for a temporary restraining order in our Court is clear and is provided to us through the binding decision of _In re: Wedgewood Reality_, as written by the Third Circuit Court of Appeals.  _In re Wedgewood Realty Grp., Ltd.,_ 878 F.2d 693 (3d Cir. 1989).  The _Wedgewood_ standard provides that, "[Debtor] has the burden of demonstrating to the court the following: substantial likelihood of success on the merits, irreparable harm to the movant, harm to the movant outweighs harm to the nonmovant, and injunctive relief would not violate public interest."  _See, Id._  Debtor has not and cannot meet the requirements of the _Wedgewood_ standard, and, therefore, the motion to stay proceedings must fail if the merits are reached.

While Debtor chooses to file jumbled and confusing _pro se_ pleadings in multiple courts, none of those filings excused his refusal to participate in this litigation.  Instead, Debtor's motion to stay confirms Debtor's intent frustrate the progress of this litigation to "buy time" to attack Plaintiff's judgment elsewhere and dissipate assets.  Debtor's practice of manufactured chaos is evident and should not be tolerated.

No discovery responses or material developments have occurred during the generous amount of time this matter has been continued. Accordingly, the Plaintiff respectfully implores the Court to take the remedial actions requested in Plaintiff's Motion for Contempt.

    Respectfully submitted,

    */s/ Angela C. Pattison*
    BY: Angela C. Pattison, Esquire
    HILL WALLACK LLP
    Attorneys for Plaintiff,
    Matthew Marden

Attachments: Exhibit "A" (Massachusetts Docket Report)
Cc: Louis A. Simpson, Debtor, Pro Se via electronic mail

# EXHIBIT A

# 1884CV01942 Marden, Matthew vs. Simpson Financial Group Inc et al

- Case Type:
- Contract / Business Cases
- Case Status:
- Open
- File Date
- 06/22/2018
- DCM Track:
- F - Fast Track
- Initiating Action:
- Services, Labor and Materials
- Status Date:
- 12/16/2019
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Judgment | Event | Tickler | Docket | Disposition |

## Party Information

**Marden, Matthew**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | Attorney<br>Moeslinger, Esq., Raven<br>Bar Code<br>687956<br>Address<br>Law Office of Nicholas F. Ortiz, P.C.<br>One Boston Place<br>Suite 2600<br>Boston, MA  02108<br>Phone Number<br>(617)338-9400<br>Attorney<br>Ortiz, Esq., Nicholas F<br>Bar Code<br>655135<br>Address<br>Law Office of Nicholas F. Ortiz, P.C.<br>One Boston Place<br>Suite 2600<br>Boston, MA  02108<br>Phone Number<br>(617)338-9400 |

**More Party Information**

**Simpson Financial Group Inc**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

**Simpson, Louis A.**
- Defendant

| Alias | Party Attorney |
|---|---|

**More Party Information**

## Judgments

| Date | Type | Method | For | Against |
|---|---|---|---|---|
| 12/09/2019 | Default Judgment MRCP 55(b)2 | After Hearing | Marden, Matthew | Simpson, Louis A. |
| 12/09/2019 | Default Judgment MRCP 55(b)2 | After Hearing | Marden, Matthew | Simpson Financial Group Inc |

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 11/05/2019 02:00 PM | Civil H | BOS-10th FL, CR 1015 (SC) | Damage Assessment Hearing | Cowin, Hon. Jackie | Rescheduled |
| 12/05/2019 02:00 PM | Civil H | BOS-10th FL, CR 1015 (SC) | Damage Assessment Hearing | Locke, Hon. Jeffrey A | Held - Under advisement |

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 06/22/2018 | 11/20/2018 | 151 | |
| Answer | 06/22/2018 | 12/21/2018 | 182 | |
| Rule 12/19/20 Served By | 06/22/2018 | 02/20/2019 | 243 | 12/16/2019 |
| Rule 12/19/20 Filed By | 06/22/2018 | 09/24/2018 | 94 | 12/16/2019 |
| Rule 12/19/20 Heard By | 06/22/2018 | 12/19/2018 | 180 | 12/16/2019 |
| Rule 15 Served By | 06/22/2018 | 02/20/2019 | 243 | 12/16/2019 |
| Rule 15 Filed By | 06/22/2018 | 09/24/2018 | 94 | 12/16/2019 |
| Rule 15 Heard By | 06/22/2018 | 12/19/2018 | 180 | 12/16/2019 |
| Discovery | 06/22/2018 | 06/22/2018 | 0 | 12/16/2019 |
| Rule 56 Served By | 06/22/2018 | 07/19/2018 | 27 | 12/16/2019 |
| Rule 56 Filed By | 06/22/2018 | 08/16/2019 | 420 | 12/16/2019 |
| Final Pre-Trial Conference | 06/22/2018 | 10/15/2019 | 480 | 12/16/2019 |
| Judgment | 06/22/2018 | 06/22/2020 | 731 | 12/16/2019 |
| Under Advisement | 12/05/2019 | 01/04/2020 | 30 | 12/05/2019 |

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/22/2018 | Attorney appearance<br>On this date Raven Moeslinger, Esq. added for Plaintiff Matthew Marden | | |
| 06/22/2018 | Case assigned to:<br>DCM Track F - Fast Track was added on 06/22/2018 | | |
| 06/22/2018 | Original civil complaint filed. trk | 1 | Image |
| 06/22/2018 | Civil action cover sheet filed. (25,000) | 2 | |
| 06/22/2018 | Demand for jury trial entered. | | |
| 09/07/2018 | Service Returned for<br>Defendant Simpson Financial Group Inc: Service accepted by counsel; | 3 | Image |
| 09/13/2018 | Plaintiff Matthew Marden's Motion to Extend Deadline for Service of Process | 4 | |
| 09/13/2018 | Attorney appearance<br>On this date Sarah R O'Brien, Esq. added for Plaintiff Matthew Marden | | |
| 09/13/2018 | Attorney appearance<br>On this date Nicholas F Ortiz, Esq. added for Plaintiff Matthew Marden | | |
| 09/24/2018 | Endorsement on Motion to Extend Deadline for Service of Process (#4.0): ALLOWED<br>Deadlines extended as reflected on page 2 of this motion (dated 9/18/18) notice sent 9/21/18<br><br>Judge: Hallal, Hon. Mark A | | Image |
| 11/02/2018 | Attorney appearance<br>On this date Sarah R O'Brien, Esq. dismissed/withdrawn for Plaintiff Matthew Marden | | |
| 11/23/2018 | Plaintiff Matthew Marden's Motion to Extend Deadline for Service of Process | 5 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/27/2018 | Endorsement on Motion to extend deadline for service of process; (#5.0): ALLOWED dated 11/26/18 notice sent 11/27/18<br><br>Judge: Ricciuti, Hon. Michael D | | Image |
| 12/24/2018 | Service Returned for<br>Defendant Simpson, Louis A.: Service made in hand; | 6 | Image |
| 06/19/2019 | Matthew Marden's request for Default 55(a)<br><br>Applies To: Simpson Financial Group Inc (Defendant) | 7 | |
| 06/19/2019 | Matthew Marden's request for Default 55(a)<br><br>Applies To: Simpson, Louis A. (Defendant) | 8 | |
| 07/31/2019 | Default Entered as to: Simpson Financial Group Inc (Defendant); Simpson, Louis A. (Defendant) | 9 | Image |
| 09/05/2019 | Plaintiff Matthew Marden's Motion to<br>extend deadline to file Motion to assess damages (post-facto) | 10 | Image<br>Image |
| 09/11/2019 | Endorsement on Motion to extend deadline to file Motion to assess damages (post-facto) (#10.0): ALLOWED<br>(dated 9/9/19) notice sent 9/10/19 | | Image |
| 10/01/2019 | Plaintiff Matthew Marden's Motion for assessment of damages | 11 | Image |
| 11/04/2019 | Plaintiff Matthew Marden's Motion to<br>Continue Damage Assessment Hearing | 12 | Image<br>Image |
| 11/05/2019 | Event Result:: Damage Assessment Hearing scheduled on:<br>         11/05/2019 02:00 PM<br>Has been: Rescheduled      For the following reason: Request of Plaintiff<br>Hon. Jeffrey A Locke, Presiding<br>Staff:<br>         Steven J Masse, Assistant Clerk Magistrate | | |
| 11/06/2019 | Endorsement on Motion to continue Damage Assessment Hearing (#12.0): ALLOWED<br>(dated 11/5/19) notice sent 11/6/19 | | Image |
| 11/18/2019 | Affidavit that Defendants Simpson Financial Group Inc, Louis A. Simpson are not in the Military | 13 | Image |
| 11/18/2019 | Plaintiff Matthew Marden's Notice of<br>Hearing on Assessment of Damages Served upon the Defendants | 14 | Image |
| 11/25/2019 | Summons, returned SERVED<br>to Secretary of the Commonwealth; on 11/19/19<br><br>Applies To: Simpson Financial Group Inc (Defendant) | 15 | Image |
| 12/05/2019 | Matter taken under advisement: Damage Assessment Hearing scheduled on:<br>         12/05/2019 02:00 PM<br>Has been: Held - Under advisement<br>Hon. Jeffrey A Locke, Presiding<br>Staff:<br>         Steven J Masse, Assistant Clerk Magistrate | | |
| 12/12/2019 | Endorsement on Motion for assessment of damages (#11.0): ALLOWED<br>After hearing, the defaulting defendants failing to appear after notice, and issued all materials (including affidavits) submitted in support of motion, motion for assessment Allowed; Damages awarded as proposed. Dated: 12/5/19 Notice sent 12/11/19 | | Image |
| 12/16/2019 | JUDGMENT entered on this date.: Default Judgment MRCP 55(b)2   After Hearing   Presiding: Hon. Jeffrey A Locke<br><br>         Judgment For:        Matthew Marden<br><br>         Judgment Against:   Simpson Financial Group Inc<br>                                    Louis A. Simpson<br><br>Terms of Judgment: Interest Begins: 06/22/2018 Jdgmnt Date: 12/09/2019 Interest Rate: .12 Daily Interest Rate: .000329<br>Damages: Damage Amt: 1185423.30 Filing Fees: 285.00 Other Costs: 343.22 Crt Ord Atty Fee: 11292.50<br>         Judgment Total: 1,405,996.30 entered on docket pursuant to Mass R Civ P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d) | 17 | Image |
| 12/16/2019 | JUDGMENT entered on this date.: Default Judgment MRCP 55(b)2   After Hearing   Presiding: Hon. Jeffrey A Locke<br><br>         Judgment For:        Matthew Marden | 18 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Judgment Against: Simpson Financial Group Inc<br><br>Terms of Judgment: Interest Begins: 06/22/2018 Jdgmnt Date: 12/09/2019 Interest Rate: .12 Daily Interest Rate: .000329<br>Damages: Damage Amt: 23370.10<br>Judgment Total: 27,483.59 entered on docket pursuant to Mass R Civ P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d) | | |
| 01/27/2020 | Execution Issued:<br>Execution<br>Judgment Debtor: Simpson Financial Group Inc<br>Judgment Creditor: Marden, Matthew<br>Terms of Execution:<br>EXON Issuance Date: 01/27/2020<br>Judgment Total: 27,483.59<br>Post Judgment Int. Rate: .12    Post Judgment Int. Total: 443.06<br>Execution Subtotal: 27,926.65<br>Execution Total: 27,926.65 | | |
| 01/27/2020 | Execution Issued:<br>Execution<br>Judgment Debtor: Simpson Financial Group Inc / Simpson, Louis A.<br>Judgment Creditor: Marden, Matthew<br>Terms of Execution:<br>EXON Issuance Date: 01/27/2020<br>Judgment Total: 1,405,996.30<br>Post Judgment Int. Rate: .12    Post Judgment Int. Total: 22,666.07<br>Execution Subtotal: 1,428,662.37<br>Execution Total: 1,428,662.37 | | |
| 03/27/2023 | Defendants Simpson Financial Group Inc, Louis A. Simpson's Motion to Set Aside Default Judgment | 19 | Image |
| 03/27/2023 | Endorsement on Motion to set aside default judgement (#19.0): DENIED<br>DENIED without prejudice due to failure to comply with Superior Court Rule 9A.<br><br>(Dated 3/28/2023) Notice sent 4/4/2023 | | Image |
| 03/28/2023 | Bankruptcy<br><br>Suggestion of Bankruptcy<br><br>Applies To: Simpson, Louis A. (Defendant) | 20 | Image |
| 07/11/2023 | Defendant Louis A. Simpson's Notice to Vacate Plaintiff's Default Judgment | 21 | Image |
| 07/13/2023 | Bankruptcy<br><br>Renewed Suggestion of Bankruptcy and Notice of Defendant's Non-Compliance with Superior Court Rule 9A | 22 | Image |
| 07/17/2023 | Defendant Louis A. Simpson's Response to<br>Plaintiff's Renewed Suggestion of Bankruptcy and Notice of Defendant's Non-compliance with Superior Court Rule 9A | 23 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed by Default Judgment MRCP 55(b)2 | 12/16/2019 | |

For Land Court only: Name search is currently unavailable. Case type and case number searches are available. For a Land Court name search, contact the Land Court Recorder's Office at 617-788-7470. We apologize for the inconvenience.